# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD ADAMS II, | Case No. 2:19-cv-00583-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| CVS PHARMACY, | |
| Defendant. | |

On May 15, 2019, the court entered a report and recommendation that this case be dismissed for pro se plaintiff Ronald Adams II's failure to file a completed application to proceed *in forma pauperis* or to pay the filing fee in this case. (R&R (ECF No. 5).) Adams subsequently filed an objection (ECF No. 6), explaining difficulties he encountered in obtaining documentation of his inmate account for the past six months, which is required to be provided with an application to proceed *in forma pauperis* under Local Special Rule 1-2. Adams requests that his case remain open and that he be given additional time to file a completed *in forma pauperis* application. Having reviewed and considered the request, and good cause appearing,

IT IS ORDERED that the court's report and recommendation (ECF No. 5) is VACATED.

IT IS FURTHER ORDERED that by June 24, 2019, Adams must properly complete his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.

IT IS FURTHER ORDERED that failure to comply with this order may result in a recommendation that this case be dismissed.

DATED: May 23, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE