**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RONALD ADAMS II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00583-GMN-CWH<br><br>**REPORT AND RECOMMENDATION** |

On May 15, 2019, the court entered a report and recommendation that this case be dismissed for pro se plaintiff Ronald Adams II's failure to file a completed application to proceed *in forma pauperis* or to pay the filing fee in this case. (R&R (ECF No. 5).) Adams subsequently filed an objection (ECF No. 6), explaining difficulties he encountered in obtaining documentation of his inmate account for the past six months, which is required to be provided with an application to proceed *in forma pauperis* under Local Special Rule 1-2. Given those difficulties, the court vacated its previous report and recommendation that the case be dismissed and gave Adams until June 24, 2019, to properly complete his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. (Order (ECF No. 7).) Adams has not taken any action in this case since the court's most recent order, nor has he requested an extension of time to do so. It therefore appears that Adams has abandoned this case.

IT IS THEREFORE RECOMMENDED that this case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 10, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE